UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANIELLE BLAHA, | ) | CASE NO. 1:16CV2306 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | <u>MEMORANDUM OF OPINION</u> |
| COMMISSIONER | ) | <u>AND ORDER</u> |
| OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

On June 12, 2017, the Magistrate Judge in this matter submitted a report and recommendation (Doc. 17) recommending that the Court Vacate the Commissioner's decision and remand this matter for further proceedings.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within fourteen (14) days after service. Notice was filed that Defendant does not intend to object to the report. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The decision of the Commissioner is hereby VACATED, and this matter is hereby remanded for further proceedings.

IT IS SO ORDERED.

Dated: <u>June 22, 2017</u>   */s/ John R. Adams*
                                                                                 JOHN R. ADAMS
                                                                                 UNITED STATES DISTRICT JUDGE